■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RAYMOND CIMINO, Appellant, v ANTHONY ANNUCCI, Acting Commissioner, New York State Department of Corrections and Community Supervision, Respondent. [42 NYS3d 879]—Appeal from a judgment (denominated order) of the Supreme Court, Wyoming County (Michael M. Mohun, A.J.), entered January 7, 2016 in a habeas corpus proceeding. The judgment denied the petition.

It is hereby ordered that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court (2016 NY Slip Op 51850[U] [Sup Ct, Wyoming County 2016]). Present—Whalen, P.J., Centra, Lindley, NeMoyer and Troutman, JJ.

■ M&T BANK, Respondent, v RONALD R. BENJAMIN, Also Known as RONALD BENJAMIN, Also Known as RONALD R. BENJAMIN, ESQ., Appellant. (Appeal No. 1.) [42 NYS3d 880]—Appeal from an order of the Supreme Court, Erie County (John M. Curran, J.), entered December 23, 2015. The order, inter alia, granted the motion of plaintiff for summary judgment.

It is hereby ordered that said appeal is unanimously dismissed without costs (*see Hughes v Nussbaumer, Clarke & Velzy*, 140 AD2d 988 [1988]; *Chase Manhattan Bank, N.A. v Roberts & Roberts*, 63 AD2d 566, 567 [1978]; *see also* CPLR 5501 [a] [1]). Present—Whalen, P.J., Centra, Lindley, NeMoyer and Troutman, JJ.